IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| BRENDA McALLISTER, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 03-1662-JO |
| | ) | |
| v. | ) | <u>FINDINGS OF FACT</u> |
| | ) | <u>AND CONCLUSIONS OF LAW</u> |
| TRENDWEST RESORTS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Mark A. Turner
ATER WYNNE, LLP
222 S.W. Columbia, Suite 1800
Portland, OR  97201

    Attorney for Plaintiff

William S. Waldo
PAUL HASTINGS JANOFSKY & WALKER, LLP
515 S. Flower Street, 25th Floor
Los Angeles, CA  90071-2228

Leah C. Lively
PAUL HASTINGS JANOFSKY & WALKER, LLP
3579 Valley Centre Dr.
San Diego, CA  92130

JONES, Judge:

Following a jury trial on plaintiff's federal retaliation claim and state common law wrongful constructive discharge claim, the jury rendered a defense verdict on November 3, 2005.

Plaintiff also alleges a state law claim for retaliation under ORS 659.A.030, which the parties agree is tried to the court. Having considered all the evidence, including the exhibits and the testimony of witnesses, and having had a full opportunity to judge the credibility of the witnesses, I find and therefore conclude that plaintiff failed to sustain her burden of proving her state law claim by a preponderance of the evidence. Defendant is, therefore, entitled to judgment in its favor on the state law claim.

IT IS SO ORDERED.

DATED this 7th day of November, 2005.


 /s/ Robert E. Jones                                    
ROBERT E. JONES
U.S. District Judge